Rachel Bandli
RUTTENBERG IP LAW
A PROFESSIONAL CORPORATION
445 Hamilton Ave. 11th Fl.
White Plains, NY 10601
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
Email: rachel@ruttenbergiplaw.com

*Attorneys for Petitioner Take-Two Interactive Software, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DMCA Subpoena to Google LLC | Case No. 1:26-mc-425<br>ECF Case |

**PETITIONER TAKE-TWO INTERACTIVE SOFTWARE, INC.'S**
**REQUEST TO THE CLERK FOR ISSUANCE OF**
**A SUBPOENA TO GOOGLE LLC**

Petitioner Take-Two Interactive Software, Inc. ("Take-Two") through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Google LLC to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to Google LLC, an online hosting service provider that provides the YouTube platform and related services (hereinafter "YouTube"). Infringing content was posted on YouTube and accessible at the following url: https://www.youtube.com/watch?v=wNf2bqfJtNo (YouTube Video ID: wNf2bqfJtNo). This infringing content is believed to be associated with the following online personas:

- CyberLeeks

- Surfer24k
- CyberLeek_ar_io

This content infringes copyrights held by Take-Two for GRAND THEFT AUTO VI, proprietary software owned by Take-Two. *See* Decl. of Rachel Bandli ¶ 3. (hereinafter "Bandli Decl."). The copyrighted material includes but is not limited to audiovisual content, artwork, images, dialogue, or other creative elements.

Take-Two has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

1. Take-Two has submitted a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as **Exhibit 1** to Bandli Decl.
2. Take-Two has submitted the proposed DMCA Subpoena attached hereto as **Exhibit A** and a Proposed Order attached hereto as **Exhibit B**; and
3. Take-Two, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Take-Two's rights under Title 17 U.S.C. §§ 100, *et. seq*. *See* Bandli Decl. ¶ 5.

Having complied with the statutory requirements, Take-Two respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated: Astoria, New York
August 21, 2026

RUTTENBERG IP LAW
A PROFESSIONAL CORPORATION

*/s/ Rachel Bandli*

Rachel Bandli
445 Hamilton Ave. 11th Fl.
White Plains, NY 10601
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
Email: rachel@ruttenbergiplaw.com

*Attorneys for Petitioner*
*Take-Two Interactive Software, Inc.*