# EXHIBIT 1

**Alex Aviles (T2 NY)**

---

**From:** Mike Torok (R* NYC)
**Sent:** Friday, August 21, 2026 10:33 AM
**To:** Alex Aviles (T2 NY)
**Subject:** FW: [5MQL2RP4A3JHIVUIQ7UGPEOLE4] YouTube Copyright Complaint Submission

---

**From:** YouTube Copyright <youtube-disputes+0qof64mq6wwuv0k@google.com>
**Sent:** Friday, August 21, 2026 10:32 AM
**To:** RSGNYC YoutubeCMS <youtubecms@rockstargames.com>
**Subject:** [5MQL2RP4A3JHIVUIQ7UGPEOLE4] YouTube Copyright Complaint Submission

**CAUTION: EXTERNAL MAIL**

YouTube

Hi Take 2 Interactive,

Thank you for your removal request. We've reviewed it and provided updates below.

---

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=wNf2bqfJtNo

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=wNf2bqfJtNo
- Describe the work allegedly infringed: UNAUTH_2026AUG_VIDEO2

- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Torok

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Aug 21, 2026 youtubecms@rockstargames.com wrote:

Video IDs: wNf2bqfJtNo

**Active claims - Yours**
on: //leek.vilenarios

| | | | |
|---|---|---|---|
| Current policy | 0 | 0 | 249 |
| Policy of claim | 0 | 0 | 249 |

Engaged views

| – | – | 252 |
|---|---|---|
| Affected (daily) | Daily engaged views | Lifetime |

Status
Active

Release claim | Takedown claimed video

**Reference** ID 0RHsR_59SyM

UNAUTH_2026AUG_VIDEO2
Aug 18, 2026, 2:12 PM

25% of reference
0:16 total length




Play match

Matches in your reference:

Audio

| | |
|---|---|
| 24% | 0:34 - 0:50 |

Visual

| | |
|---|---|
| 24% | 0:34 - 0:49 |

**Claimed Video** ID wNf2bqfJtNo

//leek.vilenarios
Cyberleek Published August 18, 2026 at 3:33 PM

100% of video
0:15 total length




History | Details | Policy

Filter

| Date | Event | Resulting status | Asset | Asset owners |
|---|---|---|---|---|
| Aug 18, 2026 3:45 PM | Claim updated by Mike Torok – torok@rockstargames.com | Active | UNAUTH_2026AUG_VIDEO2 | Take 2 Interactive |
| Aug 18, 2026 3:33 PM | Claim created Video match | Potential | UNAUTH_2026AUG_VIDEO2 | Take 2 Interactive |