RUTTENBERG IP LAW
A PROFESSIONAL CORPORATION

1801 Century Park East, Suite 1920, Los Angeles, CA 90067
445 Hamilton Ave., 11th Fl., White Plains, NY 10601
Tel: (310) 627 2270 Fax: (310) 627 2260

August 28, 2026

***VIA ECF***

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *In re DMCA Subpoena to Google LLC*, No. 1:26-mc-00425-JPC**
**Response to Memo Endorsement (Dkt. 5)**

Dear Judge Cronan:

We write in response to Your Honor's request that Take-Two Interactive Software, Inc. ("Take-Two") supplement its application for a DMCA subpoena to Google LLC to provide additional information regarding the online personas identified therein. Dkt. 5. Take-Two's investigation into the individual(s) responsible for posting infringing content on YouTube, and elsewhere online, has been (and is) evolving rapidly as new information becomes available. Take-Two has been working to provide the Court with the additional information requested, but as this very dynamic situation has progressed, Take-Two has determined it no longer needs the particular information requested. Thus, Take-Two respectfully withdraws its subpoena request. Should Take-Two determine that its investigation requires the information it originally sought from Google LLC (or new/additional information), it will submit a new request for the Court's consideration.

Respectfully,

RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION

*/s/ Rachel Bandli*